1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (16) 498-5700

5  Attorney for Defendant
   PORFIRIO NAVA-GARCIA
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )  No. 2:11-cr-00023-MCE
11                                     )
                Plaintiff,             )
12                                     )  **STIPULATION AND ORDER;**
        v.                             )  **CONTINUING STATUS CONFERENCE**
13                                     )  **AND EXCLUDING TIME**
   PORFIRIO NAVA-GARCIA,               )
14                                     )  Date: March 24, 2011
                Defendant.             )  Time: 9:00 a.m.
15 _____     )  Judge: Hon. Morrison C. England Jr.

16

17     IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHELE BECKWITH, Assistant United States

19 Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for

20 PORFIRIO NAVA-GARCIA, that the status conference hearing date of March

21 17, 2011 be vacated, and the matter be set for status conference on

22 March 24, 2011 at 9:00 a.m.

23     The reason for this continuance is to allow defense counsel

24 additional time to review the discovery, consult with her client,

25 examine possible defenses, and continue investigating the facts of the

26 case.

27 ///

28 ///

1    Based upon the foregoing, the parties agree that the time under
2 the Speedy Trial Act should be excluded from the date of signing of
3 this order through and including March 24, 2011 pursuant to 18 U.S.C.
4 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
5 T4 based upon continuity of counsel and defense preparation.

DATED:   February 18, 2011.            Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Public Defender


                                       /s/ Courtney Fein
                                       COURTNEY FEIN
                                       Designated Counsel for Service
                                       Attorney for Porfirio Nava-Garcia

DATED:   February 18, 2011.            BENJAMIN WAGNER
                                       United States Attorney


                                       /s/ Michele Beckwith
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 17, 2011, status conference hearing be continued to March 24, 2011, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 24, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE