1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   PORFIRIO NAVA-GARCIA

6

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       ) NO. CR.S-11-023-MCE
                                    )
12 |          Plaintiff,             )
                                    ) **STIPULATION AND ORDER;**
13 |     v.                          ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
14 | PORFIRIO NAVA-GARCIA,           )
                                    ) Date: April 28, 2011
15 |          Defendant.             ) Time: 9:00 a.m.
   |_____) Judge: Hon. Morrison C. England, Jr.

16

17         IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for

19 Plaintiff, and COURTNEY FEIN, attorney for PORFIRIO NAVA-GARCIA, that the status

20 conference hearing date of March 24, 2011 be vacated, and the matter be set for status

21 conference on April 28, 2011 at 9:00 a.m.

22         The reason for this continuance is to allow defense counsel additional time to review

23 the discovery, consult with her client, examine possible defenses, and continue investigating

24 the facts of the case.  Based upon the foregoing, the parties agree that the time under the

25 Speedy Trial Act should be excluded from the date of signing of this order through and

26 including April 28, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time

27 to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

28

DATED: March 21, 2011.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for PORFIRIO NAVA-GARCIA

DATED: March 21, 2011.

BENJAMIN WAGNER
United States Attorney

/s/ Michele Beckwith
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 24, 2011, status conference hearing be continued to April 28, 2011, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 28, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   March 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE